**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6012**

_____

EDUARDO BENAVIDES,

        Petitioner - Appellant,

    v.

MARY MITCHELL, Warden,

        Respondent – Appellee,

    and

HARLEY LAPPIN, Director for Bureau of Prisons,

        Respondent.

_____

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Joseph F. Anderson, Jr., District Judge. (2:09-cv-02798-JFA)

_____

Submitted:  May 19, 2011          Decided:  May 24, 2011

_____

Before TRAXLER, Chief Judge, and AGEE and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Eduardo Benavides, Appellant Pro Se.  Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eduardo Benavides, a federal prisoner, appeals the district court's orders denying his motions to reconsider the court's denial of relief on his petition filed under 28 U.S.C. § 2241 (West 2006 & Supp. 2010). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Benavides v. Mitchell, No. 2:09-cv-02798-JFA (D.S.C. Aug. 25, 2010, Oct. 22, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED